UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HANS TIEFENTHALER, on behalf of themselves and others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>TARGET CORPORATION,<br><br>    Defendant. | CIVIL ACTION NO. 1:19-cv-12412 |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that Plaintiff Hans Tiefenthaler ("Plaintiff") and Defendant Target Corporation ("Defendant," together "Parties"), in the above-captioned case have reached a settlement in principle and are presently drafting terms of a settlement agreement. The Parties anticipate that a stipulation of dismissal can be filed within the next sixty (60) days. Accordingly, the Parties respectfully request this Court issue a 60-day nisi order.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| Plaintiff,<br>HANS TIEFENTHALER, | Defendant,<br>TARGET CORPORATION, |
| By: His Attorneys | By: Its Attorneys |
| */s/ Anthony Paronich*<br>Anthony Paronich, BBO# 678437<br>PARONICH LAW, P.C.<br>350 Lincoln Street, Suite 2400<br>Hingham, MA 02043<br>Tel: 617-485-0018<br>Fax: 508-318-8100<br>anthony@paronichlaw.com | */s/ Jordan S. O'Donnell*<br>Jordan S. O'Donnell, BBO# 684001<br>HINSHAW & CULBERTSON LLP<br>53 State Street, 27th Floor<br>Boston, MA 02109<br>Tel: 617-213-7000<br>Fax: 617-213-7001<br>jodonnell@hinshawlaw.com |
| Keith J. Keogh (to be admitted pro hac vice)<br>IL Bar #: 6257811<br>Keogh Law, Ltd.<br>55 W. Monroe St., Suite 3390<br>Chicago, IL 60603<br>Tel: 312-726-1092<br>Fax: 312-726-1093<br>keith@keoghlaw.com | Ellen B. Silverman (*pro hac vice*)<br>HINSHAW & CULBERTSON LLP<br>800 Third Avenue, 13th Floor<br>New York, NY 10022<br>Tel: 212-471-6200<br>Fax: 212-935-1166<br>esilverman@hinshawlaw.com |
| | Jennifer W. Weller (*pro hac vice*)<br>HINSHAW & CULBERTSON LLP<br>222 North LaSalle Street, Suite 300<br>Chicago, IL 60601<br>Tel: 312-704-3000<br>Fax: 312-704-3001<br>jweller@hinshawlaw.com |
| | *Attorneys for Defendant* |

Dated:   April 22, 2021

1026586\307918465.v1

## CERTIFICATE OF SERVICE

      I, Jordan S. O'Donnell, hereby certify on this 22nd day of April 2021, that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

      */s/ Jordan S. O'Donnell*
      Jordan S. O'Donnell