UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HANS TIEFENTHALER
    Plaintiff

V.

TARGET CORP.
    Defendant

CIVIL ACTION:19CV12412-RWZ

ORDER OF DISMISSAL

ZOBEL, D.J.                                                                                   APRIL 22, 2021

The Court having been advised by counsel for the parties that the above action has been settled, it is ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 60 days, to reopen the action if settlement is not consummated.

By the Court,

s/ Lisa A. Urso
Deputy Clerk